JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS WADE ROBINSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　Respondents. | CASE NO. EDCV 19-0007 DMG (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Habeas Action Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 5, 2019

　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE